# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

CHRISTOPHER LAVIGNE

VERSUS

CHURCH MUTUAL INSURANCE
COMPANY, S.I., AND ASHLEY
GAITAN

NO.   2026 CW 0614

**AUGUST 04, 2026**

---

In Re:   Church Mutual Insurance Company, S.I., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 729424.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of the signed judgment, in violation of Rule 4-5(C)(6) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before September 03, 2026, and must contain a copy of this ruling.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT